# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: H&R BLOCK REFUND ANTICIPATION LOAN LITIGATION | ) ) ) | MDL No. 2373 |
| This Document Relates to: All Cases | ) ) ) ) ) | Case No. 12 CV 2973 <br><br> Judge Joan B. Gottschall |

## ORDER

     Enter Memorandum Opinion and Order. Defendants' motion to compel arbitration and stay proceedings [22] is granted. These cases are stayed pending arbitration in accordance with 9 U.S.C. § 3. The clerk is respectfully directed to close this case and all member cases associated with MDL No. 2373.

                                ENTER:


                                /s/
                              JOAN B. GOTTSCHALL
                              United States District Judge

DATED: July 23, 2014